THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE VILLAGE OF KINDERHOOK, Respondent, *v.* THE BOARD OF SUPERVISORS OF COLUMBIA COUNTY, Appellant.

*People ex rel. Vil. of Kinderhook* v. *Suprs. Columbia Co.*, 105 App. Div. 319, affirmed.
(Argued October 2, 1905; decided October 17, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 20, 1905, which affirmed an order of Special Term granting a motion for a peremptory writ of mandamus to compel the defendant board of supervisors to reconvene and ascertain the tax rate of the several tax districts in the county of Columbia.

*J. Rider Cady* for appellant.

*Frank S. Becker* for respondent.

Order affirmed, with costs, on opinion below.

Concur: CULLEN, Ch. J., GRAY, BARTLETT, HAIGHT, VANN and WERNER, JJ. Absent: O'BRIEN, J.